UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TASHA HERBERT** | * | |
| An Individual | * | **CIVIL CASE NO.: 12-00847** |
|    Plaintiff | * | |
| | * | |
| **VERSUS** | * | **JUDGE: Martin L. C. Feldman** |
| | * | |
| **GENTILLY, LLC** | * | **MAG JUDGE: Sally Shushan** |
| A Texas Limited Liability Company | * | |
|    Defendant | * | |
| | * | |

## ORDER OF DISMISSAL

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS-WITH PREJUDICE FILED BY THE PARTIES;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be and the same is hereby dismissed, with prejudice, with the parties only reserving their rights to seek the enforcement of the terms and conditions of the Settlement Agreement.

New Orleans, Louisiana this ___10th___ day of _____June_____, 2013.

_____
**THE HONORABLE MARTIN L.C. FELDMAN, JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**